Decided February 16, 1995

STATE OF CONNECTICUT *v.* PAUL G. DOWEN

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 932 (AC 13379), is denied.

*Gilbert Shasha,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided February 16, 1995

ERNEST SANTORO *v.* NELLIE SANTORO

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 940 (AC 13001), is denied.

*John R. Williams,* in support of the petition.

*Charles E. Tiernan III,* in opposition.

Decided February 16, 1995

STATE OF CONNECTICUT *v.* TYRONE ADAMS

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 473 (AC 12650), is granted, limited to the following issue: